**OTI AMERICA, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5021.

United States Court of Appeals, Federal Circuit.

July 12, 2007.

William M. Weisberg, Sullivan & Worcester LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Orlando Vidal. With him on the brief were Pamela Smith Holleman, Beth L. Jacobson, and Joyce L. Tong, of Boston, MA.

Donald E. Kinner, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-

appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Richard B. Evans, Trial Attorney. Of counsel on the brief was Jennifer R. Seifert, Assistant General Counsel, United States Government Printing Office, Washington, DC.

Before MICHEL, Chief Judge, LOURIE, Circuit Judge, and ROBERTSON,* District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.